UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASSISTANT DEPUTY
WARDENS/DEPUTY WARDENS
ASSOCIATION, for itself and on behalf
of its members; SIDNEY
SCHWARTZBAUM, as President of the
Assistant Deputy Wardens/Deputy
Wardens Association; PAMELA
WALTON, MERVIN O. BATSON,
BRENDA ROSS and WILLIAM DIAZ,
individually and on behalf of all similarly
situated members of the Assistant Deputy
Wardens/Deputy Wardens Association,

                Plaintiffs,

   -against-

THE CITY OF NEW YORK; THE
NEW YORK CITY DEPARTMENT OF
CORRECTION; MAYOR WILLIAM
DE BLASIO and NEW YORK CITY
DEPARTMENT OF CORRECTION
COMMISSIONER JOSEPH PONTE, in
their individual and official capacities,

                Defendants.
------------------------------------------------------------X

JUDGMENT
14-cv-4308 (FB)(JO)

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on August 26, 2019, granting the defendants' motion for summary judgment; it is

      ORDERED and ADJUDGED that the defendants' motion for summary judgment is granted.

Dated: Brooklyn, New York
       August 27, 2019

Douglas C. Palmer
Clerk of Court

by:   /s/ Jalitza Poveda
       Deputy Clerk